MICHAEL ORLIKOWSKI et al., Plaintiffs, v CORNERSTONE COMMUNITY FEDERAL CREDIT UNION et al., Defendants and Third-Party Plaintiffs-Respondents. THOMAS JOHNSON, INC., Third-Party Defendant-Appellant. (Appeal No. 2.) [864 NYS2d 343]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (John F. O'Donnell, J.), entered August 9, 2007 in a personal injury action. The judgment assessed damages against third-party defendant in the amount of, inter alia, the judgment in the main action plus interest.

It is hereby ordered that the judgment so appealed from is unanimously modified on the law by vacating that part assessing the damages of third-party plaintiffs in the amount of the judgment in the main action plus interest and as modified the judgment is affirmed without costs.

Same memorandum as in *Orlikowski v Cornerstone Community Fed. Credit Union* (55 AD3d 1245 [2008]). Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.